IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-00381-KLM

AUSTIN ANDERSON,

    Plaintiff,

v.

GUSTAVE PLOSS,

    Defendant.

---

**STIPULATED ORDER PURSUANT TO F.R.E. 502(d)**

---

**ENTERED BY MAGISTRATE JUDGE KRISTIN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information (ESI) or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and or segregation of privileged and/or protected information before production.

1

APPROVED:

/s/ Trenton J. Ongert
Joseph D. Bloch
Trenton J. Ongert
BLOCH & CHAPLEAU, LLC
1725 Gaylord Street
Denver, CO 80206
Ph: 303-331-1700
Attorneys for Plaintiff

/s/ Dylan G. Lewis
Dylan G. Lewis
American Family Insurance Group
9510 Meridian Blvd
Englewood, CO 80155
Ph: 303-792-0740 x52597
Attorney for Defendant

SO ORDERED.
May 22, 2015

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO