IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00381-KLM

AUSTIN ANDERSON,

    Plaintiff,

v.

GUSTAVE PLOSS,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation to Modify Amended Scheduling Order** [#23][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Scheduling Order [#18] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline     **November 15, 2015**
- Rebuttal Expert Disclosure Deadline     **December 15, 2015**
- Discovery Deadline     **January 15, 2016**[2]

    Dated: August 21, 2015

---

[1] "[#23]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

[2] The Court notes that the Dispositive Motions Deadline is November 15, 2015. *Sched. Order* [#18] § 9(c). While it is unusual for discovery to continue beyond the Dispositive Motions Deadline, the parties specifically note in the Motion that the requested extensions "will not impact any other deadlines in this case . . . ." *Motion* [#23] at 2. Accordingly, the Court will not sua sponte extend the Dispositive Motions Deadline. If the parties determine that the Dispositive Motions Deadline cannot be met, they must file a motion requesting extension of that deadline.